ACCEPTED
12-15-00076-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/17/2015 5:35:37 PM
CATHY LUSK
CLERK

# IN THE COURT OF APPEALS
## TWELFTH APPELLATE DIVISION
## STATE OF TEXAS

KADERTRIC LATEROIN CARAWAY, §
    APPELLANT §
        §
    v. §
        §
THE STATE OF TEXAS, §
    APPELLEE §

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/17/2015 5:35:37 PM
CATHY S. LUSK
No. 12-15-00076-CR

---

## AMENDED APPELLANT'S BRIEF

---

On appeal from Cause Number F1320380
in the 145th District Court, Nacgdoches County, Texas
Honorable Judge Campbell Cox Presiding

Respectfully submitted,

Dean Watts
Attorney for Appellant
SBN # 24003143
120 East Pilar Street
Nacogdoches, Texas 75961
(936) 559-9288
Fax (936) 559-0959

## IDENTITY OF PARTIES & COUNSEL

**Appellant**........................................................ Kadertric Lateroin Caraway

Bill Agnew
TRIAL COUNSEL

Dean Watts
APPELLATE COUNSEL

**Appellee**........................................................ The State of Texas

Nicole Lostracco
TRIAL & APPELLATE COUNSEL

# TABLE OF CONTENTS

IDENTITY OF PARTIES & COUNSEL ........................................................................... i

INDEX OF AUTHORITIES ...................................................................................... iii

STATEMENT OF THECASE ................................................................................... 1

ISSUE PRESENTED ........................................................................................... 1

STATEMENT OF THE CASE ................................................................................... 1

SUMMARY OF THE ARGUMENT ............................................................................ 2

ARGUMENT ..................................................................................................... 2

PRAYER FOR RELIEF ......................................................................................... 2

CERTIFICATE OF SERVICE ................................................................................. 2

# INDEX OF AUTHORITIES

**Page:**

**Case Law:**

*Anders v. California, 386 U.S. 738 (1967)*...........................2

**<u>TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:</u>**

COMES NOW the Appellant in this cause, by and through his attorney of record, Dean Watts, and pursuant of the provisions of TEX.R.APP.PRO. 38, *et seq.*, files this brief on appeal.

## <u>STATEMENT OF THE CASE</u>

On January 22, 2015, the Appellant entered a plea of guilty to the offense of burglary of a building to the trial court. (Vol.1, p.5). On March 25, 2015, the Court found the Appellant guilty and sentenced him to confinement for a term of 24 months (Vol.1,p.26 ). The Appellant timely filed a notice of appeal on March 26, 2015.

## <u>STATEMENT OF FACTS</u>

The Appellant pled guilty to the offense of theft and waived his right to appeal to his plea of guilty. (Vol.1, p.5). A subsequent punishment hearing was held in which the Appellant was sentenced to 24 months imprisonment. (Vol.1, p.51). There were no substantive objections during the punishment hearing that would warrant a reversal.

## <u>SUMMARY OF THE ARGUMENT</u>

After a careful review of the record, it appears to Appellate Counsel that there does not seem be errors that could support an appeal in this case. In such cases as this, it is the duty of Appellate Counsel to inform the Court that in Counsel's opinion, no good faith basis for appeal exists and Appellate Counsel now so informs the Court.

## <u>ARGUMENT</u>

1

The Appellant pled guilty to the offense of burglary of a building, and waived his right to appeal that plea. (Vol.1, p.5). Therefore, the only issues that could be appealed would involve error at the punishment phase of trial.

At the punishment hearing, the victim testified about the facts of the case. (Vol.1.p. 5-38). The only objection was an objection that the victim gave a non-responsive answer to a question. (Vol.1 p. 36). The Appellant then testified as to the circumstances of the offense in order to mitigate his sentence. (Vol.1 p.40). The trial court subsequently sentenced the Appellant to 24 months confinement in state jail. (Vol.1, p.517). There were no substantive objections during the punishment hearing which would warrant a reversal. As such, there does not appear to be any valid legal errors which could be raised at the punishment phase of Appellant's trial.

Consequently, after a careful review of the record, Counsel finds nothing that "might arguably support the appeal". *Anders v. California*, 386 U.S. 738 (1967).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Counsel respectfully prays that this Court permit him to withdraw after this Court's own examination of the record in this cause to afford Appellant his right to file any pro se brief he may wish to file.

Respectfully submitted,

Dean Watts
Attorney for the Appellant
SBN 24003143
120 East Pilar Street
Nacogdoches, Texas 75961
(936) 559-9288

2

Fax (936) 559-0959

## CERTIFICATE OF SERVICE

A true copy of the State's brief has been provide by electronic delivery to the Attorney for the State at 101 West Main Street, Nacogdoches, Texas 75961, and by mail to the Appellant, TDCJ #01987955 at Bradshaw State Jail, PO Box 9000, Henderson, Texas 75653-9000 , on June 18, 2015.

Dean Watts
Attorney for Appellant

## CERTIFICATE OF COMPLIANCE

In accordance with Rule 9.4 of the Texas Rules of Appellate Procedure, I certify that the total number of words in this document are 719 words.

Dean Watts
Attorney for Appellant